**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In Re | § | |
| | § | |
| TRB CARROLLTON SQUARE, LLC | § | CASE 20-31615-SGJ11 |
| | § | |
| Debtor | § | |

## APPLICATION FOR FINAL DECREE

**NO HEARING WILL BE CONDUCTED ON THIS APPLICATION UNLESS A WRITTEN RESPONSE OR OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE STACEY JERNIGAN:

TRB Carrollton Square, LLC ("Applicant" or "Debtor") hereby asks the Court to enter a final decree in this Chapter 11 case incident to Section 350 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et. seq.* (the "Bankruptcy Code"), and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Application"), and in support thereof would respectfully show the Court as follows:

### JURISDICTION

1. This Court has jurisdiction over this Application under 28 U.S.C. § 157(a) and 28 U.S.C. § 1334. This Application is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

## BRIEF BACKGROUND

2.     Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on June 8, 2020 (the "Petition Date").

3.     On December 22, 2020, this Court entered its order confirming Debtor's Plan of Reorganization (the "Confirmation Order") directing the execution, implementation and consummation of the Debtor's Plan of Reorganization (the "Plan").

4.     Debtor has commenced distribution under the Plan and the Plan has been substantially consummated.

5.     Applicant has in all respects complied with the Confirmation Order. Thus, this case is in a position to be closed with an entry of a final decree.

## REQUEST FOR RELIEF

For these reasons, Applicant respectfully asks that this Court enter an Order on Final Decree that closes this Chapter 11 case and grant such other and further relief that the Court deems just and proper.

Dated: August 9, 2021

                Respectfully submitted,

                /s/ John P. Henry
                The Law Offices of John Henry, P.C.
                2100 Ross Avenue, Suite 800
                Dallas, Texas 75201
                jhenry@jhenrylaw.com
                (972) 338-3630
                (888) 909-9312 – Facsimile
                Attorney for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2021, a true and correct copy of the foregoing Application for Final Decree has been served upon the individuals and businesses identified on the attached mailing matrix via United States first class mail, postage prepaid or electronic notice.

Respectfully submitted,

/s/ John P. Henry
The Law Offices of John Henry, P.C.
2100 Ross Avenue, Suite 800
Dallas, Texas 75201
jhenry@jhenrylaw.com
(972) 338-3630
(888) 909-9312 – Facsimile
Attorney for Debtor