

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 8, 2021**

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re | § | |
| | § | |
| TRB CARROLLTON SQUARE, LLC | § | CASE 20-31615-SGJ11 |
| | § | |
| Debtor | § | |

### FINAL DECREE

On this day the Court considered the application for final decree filed by TRB CARROLLTON SQUARE, LLC, the debtor in the above-referenced matter. The Court finds that the debtor filed and served the application on August 9, 2021, and that no objections to the application have been filed. The Court also finds that the debtor's plan of reorganization has been substantially consummated.

It is therefore ordered that the application for final decree is approved and the Chapter 11 case of TRB Carrollton Square, LLC is hereby closed.

# END OF ORDER #

PREPARED BY:
John P. Henry
The Law Offices of John Henry, P.C.
2100 Ross Avenue, Suite 800
Dallas, Texas 75201
jhenry@jhenrylaw.com
(972) 338-3630
Attorney for Debtor